# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| JEFF GRAHAM AND AMY MCCOY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATE WMALT SERIES 2007-OA3 TRUST and PITE DUNCAN, LLP,<br><br>Defendants. | Case no.: 3:15-cv-00990-AC<br><br>**GENERAL JUDGMENT OF DISMISSAL OF DEFENDANT ALDRIDGE PITE, LLP** |

This matter comes before the Court on Plaintiff's unopposed motion to dismiss defendant Aldridge Pite, LLP, successor by merger to Pite Duncan, LLP. Having reviewed the motion and record, this Court ORDERS and ADJUDGES that Aldridge Pite, LLP is dismissed without fees or costs to either plaintiffs or Aldridge Pite, LLP.

DATED April 5th, 2016.

Judge Acosta, U.S. ~~District Court~~ *Magistrate Judge*

Presented by:
Ryan Vanden Brink, OSB 091833
ryan@intelekia-law.com
Intelekia Law Group LLC
Attorneys for Plaintiffs

JUDGMENT DISMISSING ALDRIDGE PITE, LLP
Page 1
*Graham and McCoy v. US Bank, et al*

INTELEKIA LAW GROUP LLC
308 SW First Avenue, Suite 325
Portland, OR 97204
PH 503.227.8580  FAX 503.296.2518